**Lito Martinez ASIGNACION,**
**Plaintiff–Appellee**

v.

**RICKMERS GENOA SCHIF-FAHRTSGESELLSCHAFT MBH & CIE KG, Defendant–Appellant.**

No. 11–30546
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 4, 2012.

Richard J. Dodson, Esq., Dodson, Hooks & Frederick, A.P.L.C., Baton Rouge, LA, Darren D. Sumich, Cossich, Sumich, Parsiola & Taylor, L.L.C., Belle Chasse, LA, for Plaintiff–Appellee.

Robert H. Murphy, Esq., Peter Brooks Sloss, Esq., Murphy, Rogers, Sloss & Gambel, New Orleans, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS and ELROD, Circuit Judges.

PER CURIAM: *

It is ordered that appellee's motion to dismiss the appeal is GRANTED. *See*

determined that this opinion should not be

370

*Dahiya v. Talmidge International, Ltd.,* 371 F.3d 207 (5th Cir.2004).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.